## GOLDMAN v. GORDON.
### No. 10653.

Court of Civil Appeals of Texas. San Antonio.

Jan. 17, 1940.

Alfred C. Baass and E. L. Dunlap, both of Victoria, for appellant.

Dick Young, of Houston, for appellee.

NORVELL, Justice.

This is an appeal from an order of the County Court of Victoria County sustaining the plea of privilege of appellee, J. A. Gordon. The appellant, Henry Goldman, has filed no brief in this Court, and the case was submitted on the brief of the appellee. We have inspected the record for fundamental error. McGraw v. Albracht, Tex.Civ.App., 16 S.W.2d 1112.

Concluding that there is no fundamental error in the case, the judgment of the trial court is affirmed.